IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00650-GPG

TRACEY STONE,

     Plaintiff,

v.

JEFFERSON COUNTY SHERIFF DEPARTMENT, and
JEFFERSON COUNTY DETENTION CENTER OF JEFFERSON COUNTY,
     COLORADO,

     Defendants.

_____

ORDER DRAWING CASE

_____

After review pursuant to D.C.COLO.CivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED April 2, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge